# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Peter D. Protopapas, as the Receiver for Payne & Keller Company,<br><br>      Plaintiff,<br>vs.<br><br>American International Group; Zurich American Insurance Company; Travelers Casualty & Surety Company, formerly known as Aetna Casualty & Surety Company; Continental Insurance Company; National Union Fire Insurance Company of Pittsburgh; Medmarc Casualty Insurance Company; Berkshire Hathaway Specialty Insurance Company, formerly known as Stonewall Insurance Company; Lexington Insurance Company; Hartford Accident and Indemnity Company; Certain Underwriters at Lloyd's of London and Various London Market Companies; South Carolina Property and Casualty Guaranty Association; R.L Jarrett (Underwriting) Agency, Inc.; and U.S. Risk, LLC,<br><br>      Defendants. | Civil Action No. 3:21-cv-04086-JMC<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to the Federal Rules of Civil Procedure and Local Civ. Rule 83.I.07 (D.S.C.), the law firm of Gallivan, White, Boyd, P.A. and its attorney James M. Dedman, IV move to withdraw as counsel for the following Defendants:

- Defendant Berkshire Hathaway Specialty Insurance Company, formerly known as Stonewall insurance Company;
- Certain as yet unnamed Underwriters at Lloyd's, London and Certain as yet unnamed London Market Companies;
- Lexington Insurance Company;
- National Union Fire Insurance Company of Pittsburgh, Pa.

Specifically, these Defendants have hired new counsel and wish for that new counsel, Wesley B. Sawyer of Murphy & Grantland, P.A., to represent them. As such, they consent to the withdrawal. Mr. Sawyer has filed a Notice of Appearance for these Defendants and, as such, these Defendants will be represented by him in the case going forward and will not be left unrepresented. These four Defendants have authorized this change in counsel. As such, Mr. Dedman and Gallivan, White, & Boyd, P.A. request that this Court relieve them of any and all duties arising from their prior representation of these Defendants and permit them to withdraw as counsel.

## **CONCLUSION**

For the foregoing reasons, Mr. Dedman and Gallivan, White, & Boyd, P.A. request that this Court grant this motion.

Respectfully Submitted,

February 1, 2022

/s/ James M. Dedman, IV
James M. Dedman, IV (SC Federal No. 9939)
GALLIVAN, WHITE, & BOYD, P.A.
6805 Morrison Blvd., Suite 200
Charlotte, NC 28211
(704) 552-1712 (Telephone)
(704) 362-4850 (Fax)
jdedman@gwblawfirm.com

*Attorneys for Defendants*
*Defendant Berkshire Hathaway Specialty Insurance Company, formerly known as Stonewall insurance Company;*
*Certain as yet unnamed Underwriters at Lloyd's, London and Certain as yet unnamed London Market Companies;*
*Lexington Insurance Company;*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Peter D. Protopapas, as the Receiver for Payne & Keller Company,<br><br>    Plaintiff,<br>vs.<br><br>American International Group; Zurich American Insurance Company; Travelers Casualty & Surety Company, formerly known as Aetna Casualty & Surety Company; Continental Insurance Company; National Union Fire Insurance Company of Pittsburgh; Medmarc Casualty Insurance Company; Berkshire Hathaway Specialty Insurance Company, formerly known as Stonewall Insurance Company; Lexington Insurance Company; Hartford Accident and Indemnity Company; Certain Underwriters at Lloyd's of London and Various London Market Companies; South Carolina Property and Casualty Guaranty Association; R.L Jarrett (Underwriting) Agency, Inc.; and U.S. Risk, LLC,<br><br>    Defendants. | Civil Action No. 3:21-cv-04086-JMC<br><br>**CERTIFICATE OF SERVICE** |

       Pursuant to Rule 5.02(A) of the Local Civil Rules for the U.S. District Court for the District of South Carolina, I certify that on February 1, 2022, I filed the foregoing document with the Court's Electronic Case Filing ("ECF") system. The act of filing this document with the Court's ECF system automatically generated a Notice of Electronic Filing ("NEF"), which constitutes proof of service of the filed document upon all registered users. As such, service has been accomplished through the NEF for parties and counsel who are registered users of the Court's ECF system.

3

Respectfully Submitted,

/s/ James M. Dedman, IV
James M. Dedman, IV (SC Federal No. 9939)
GALLIVAN, WHITE, & BOYD, P.A.
6805 Morrison Blvd., Suite 200
Charlotte, NC 28211
(704) 227-1926
(704) 362-4850 FAX
jdedman@gwblawfirm.com

*Attorneys for Defendants*
*Defendant Berkshire Hathaway Specialty Insurance Company, formerly known as Stonewall insurance Company;*
*Certain as yet unnamed Underwriters at Lloyd's, London and Certain as yet unnamed London Market Companies;*
*Lexington Insurance Company;*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

4